IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2017 MAY 19  PM 1:57
JEFFREY P. COLWELL
       CLERK
BY_____DEP. CLK
```

Civil Action No. _____
(To be supplied by the court)

Christopher James Patterson     Pro Se                , Plaintiff,

'17 - CV - 01227

v.

Defendant#1 Prince Rogers Nelson                  ,

Defendant#2 Katy Perry                            ,

Defendant#3 Jennifer Lawrence

Defendant#4 Giuliana Ranic                        ,

Defendant#5 Emma Watson                           ,

Defendant#6 Halle Berry                           ,

Defendant#7 Jessica Alba                          ,

Defendant#8 Zendaya Maree Coleman

Defendant#9 Blake Lively

Defendant#10 Gigi Hadid

(Rev. 07/06)

Defendant#11 Overstock.com
_____

Defendant 12 Nordstrom
_____

Defendant#13 Macys
_____

Defendant#14 Neiman Marcus
_____

Defendant#15 Ross Simmons
_____, Defendant(s).

(List each named defendant on a separate line.)

## COMPLAINT

Willful Copyright Infringement, Strict Liability, and Criminal Intent.

(Rev. 07/06)

3

## PARTIES

1. Plaintiff   Christopher James Patterson   is a citizen of   United States America
   who presently resides at the following address:
   8525 E Hampden Avenue Apt#114 Denver, Colorado 80231

2. Defendant# 1 Prince Rogers Nelson   is a citizen of   United states America
   who live(s) at or is/are located at the following address:
   Comerica Bank 1717 Main Street Dallas Texas 75201

3. Defendant# 2 Katy Perry   is a citizen of   United States America
   who live(s) at or is/are located at the following address:
   8332 Melrose Ave. Top Floor, Los Angeles Ca. 90069

4. Defendant# 3 Jennifer Lawrence   is a citizen of   United States America
   who presently resides at the following address:
   Trish South Management 39 Deep Hollow Hill Rd. Narrowsburg, NY. 12764

5. Defendant# 4 Giuliana Ranic   is a citizen of   United states America
   who live(s) at or is/are located at the following address:
   WME 9601 Wilshire Blvd 8th Floor Beverly Hills CA. 90210

6. Defendant# 5 Emma Watson   is a citizen of   Great Britain
   who live(s) at or is/are located at the following address:
   London 5th Floor 3 Shortlands Hammer Smith London W68DA W6 WDA U.K.

7. Defendant# 6 Halle Berry   is a citizen of   United States America
   who presently resides at the following address:
   Management 360 9111 Wilshire Blvd, Beverly Hills CA. 90210

8. Defendant# 7 Jessica Alba   is a citizen of   United states America
   who live(s) at or is/are located at the following address:
   Truline Entertainment 9250 Wilshire Blvd Grand Floor Beverly Hills CA. 90210

9. Defendant# 8 Zendaya Maree Coleman   is a citizen of   United States America
   who live(s) at or is/are located at the following address:
   Creative Artist Agency 2000 Avenue of the Stars Los Angeles CA. 90067

10. Defendant# 9 Blake Lively   is a citizen of   United States America
    who presently resides at the following address:
    250 West 57th Street 26th Floor Penthouse New York, NY 10107

(Rev. 07/06)

11. Defendant# 10 Gigi Hadid is a citizen of United States America
who live(s) at or is/are located at the following address:
IMG Models 304 Park Avenue South New York, NY. 10010

12. Defendant# 11 Overstock.com is a citizen of United States America
who presently resides at the following address:
6350 S. 3000 E. Salt Lake City, UT. 84121

13. Defendant# 12 Nordstrom is a citizen of United States America
who live(s) at or is/are located at the following address:
Nordstrom Corporate Headquarters 1617 6th Ave. Seattle WA. 98101

14. Defendant# 13 Macys is a citizen of United States America
who live(s) at or is/are located at the following address:
7 West Seventh Street Cincinnati, Ohio 45202

15. Defendant# 14 Neiman Marcus is a citizen of United States America
who presently resides at the following address:
Neiman Marcus Group 1618 Main Street One Marcus Square Dallas TX 75201

16. Defendant# 15 Ross Simmons is a citizen of United States America
who live(s) at or is/are located at the following address:
Ross Simmons 9 Ross Simmons Dr. Cranston, RI.02920

(Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
This court has Subject Matter Jurisdiction under Title 28 U.S. Code 1331 and 1332.
This court has Personal Matter Jurisdiction under Title 28 U.S. Code 1331,1332, and 1391.
This action is pursuant to Title 17 U.S. Code Chapter 1 and Title 17 U.S. Code Chapter 5

5

5.     Briefly state the background of your case:

That listed defendants infringed I the plaintiff's earring design which is a violation to copyright law 17 U.S Code Chapter 5. That listed defendants advertised, designed, redesigned, manufactured and or distributed for sale I the plaintiff's earring fashion or I the plaintiff's exact earring design for sale or exploit without I the plaintiff's knowledge or consent. Defendants reconstructed these designs from I the plaintiffs website known as **redcarnationunique.website** where I the plaintiff has displayed examples of my design fashion. Defendants also somehow obtained these designs from internet exchanges from I the plaintiff to possible investors in which examples of the designs were sent to them through the internet. Defendants Infringed I the plaintiffs copyright certification registrations# Vau 1-176-368 and #VAu1-230-087 and Case# 1-46900449003 these ear ring designs named by the plaintiffs as Ear Liners are being either renamed or displayed, manufactured for sale by defendants as ear cuffs, ear crawlers, ear climbers and other names. The defendant's infringement mischief has also started an illegal distribution, manufacture and sale of my designs as ear ring jewelry by retailers both nationally and internationally. I the plaintiff would like for listed defendants and other infringers to be held responsible and liable for their actions.

(Rev. 07/06)

6
# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)
Case#
**Plaintiff: Christopher James Patterson**               Pro Se
**Willful Copyright Infringement 17 U.S. Code Chapter 5**
**Copyright Registration# VAu 1-230-087, #VAu 1-176-368 and Case#1-4690049003.**

1. That the listed defendants illegally infringed on I the plaintiffs ear ring designs filed to the copyright office as Ear Liners without I the plaintiffs consent or knowledge.

2. That listed defendants viewed I the plaintiffs website redcarnationunique.website. The listed defendants then had these designs redesigned, manufactured, and had the ear ring name listed for sale as ear crawlers, ear cuffs and ear climbers etc.

3. That listed defendant's infringement has caused I the plaintiff to not be able to produce or manufacture my designs for sale because of the names they have given to my design and the exact similarity of my ear ring liners investors will not invest.

4. That listed defendant's seen copyright registration numbers on I the plaintiff's website and willfully infringed these designs and duplicated some of them in exact style and fashion.

5. That because of defendant's infringement numerous websites, retailers and others are duplicating I the plaintiffs designs and I the plaintiff's designs are being marketed, distributed, and being sold by many other retailers and websites both nationally and internationally.

6. That listed defendants 1-10 are either celebrity, musical artists, models or other known entertainers'. These defendants used their notoriety to willfully exploit and advertise for the other listed defendants or other infringers, or for personal gain I the plaintiffs ear ring ear liners.

7. That listed defendant's guilt is best known by their duplication of the fasteners to stabilize the ear ring liners. The defendants used different fasteners instead of ear ring studs to try to change the fact of the infringement.

8. That listed defendants have willfully infringed and made lots of money selling these designs to many people all over the nation and world, and that I the plaintiff have not made any money, or received any recognition for my design fashion or creation.

(Rev. 07/06)

7
# SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS    1 of 2 Pages
(Please number your paragraphs and attach any necessary additional pages.)
Case#
**Plaintiff: Christopher James Patterson**            Pro Se
**Strict Liability/Copyright Infringement 17 U.S. Code Chapter 5**
**Copyright Registration# VAu 1-230-087, #VAu 1-176-368 and Case#1-4690049003.**

1. That listed defendants 1-10 are in possession, duplicated and in fact wearing and exploiting I the plaintiffs ear ring liners. The defendants have infringed my copyright and should be held liable in accordance to the Strict Liability law.

2. That listed defendant's similarity in fashion or exact designs of I the plaintiff's designs are in fact copyright infringement and not coincidence.

3. That listed defendants are intentionally or unintentionally infringing on I the plaintiff's copyrights of ear liners and ear ring designs and duplicated them for manufacture, distribution and for sale.

4. That defendants 1-10 should be held liable to the fault and exploits because of their network associations and their public notoriety to influence society. All defendants listed have infringed on I the plaintiffs ear ring designs without I the plaintiff's knowledge or consent.

5. That defendants 10-15 have I the plaintiffs Ear Liners posted on their site as Ear cuffs, Ear Crawlers, Ear Climbers and other names for sale. These defendants have violated I the plaintiffs copyright in accordance to the Strict Liability law and should be held liable for their infringement.

(Rev. 07/06)

8

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS        2 of 2 Pages
(Please number your paragraphs and attach any necessary additional pages.)
Case#
Plaintiff: Christopher James Patterson                    Pro Se
Strict Liability/Copyright Infringement 17 U.S. Code Chapter 5
Copyright Registration# VAu 1-230-087, #VAu 1-176-368 and Case#1-4690049003.

Listed below and filed to this case are evidence called Strict liability photos of listed defendants infringing ear ring designs of I the plaintiff. The defendants have reconstructed these designs into ear ring jewelry. I the plaintiff also included copies of some of the designs submitted to copyright office and designs as defendants reconstructed or infringed. I also have included photos of I the plaintiffs copy right certificates.

1. Defendant# 1 Prince rogers Nelson   Strict Liability Photos 2 of 2
2. Defendant#2 Katy Perry    Strict Liability Photo 1of 1
3. Jennifer Lawrence    Strict Liability Photos 2 of 2
4. Giuliana Ranic     Strict Liability Photo 1 of 1
5. Emma Watson     Strict Liability Photos 3 of 3
6. Halle Berry       Strict Liability Photo 1 of 1
7. Jessica Alba      Strict Liability Photo 1 of 1
8. Zendaya Maree Coleman   Strict Liability Photos 2 of 2
9. Blake Lively   Strict Liability Photo 1 of 1
10. Gigi Hadid Strict Liability Photos 2 of 2
11. Overstock.com Strict Liability Photos 4 of 4
12. Nordstrom Strict Liability Photos 2 of 2
13. Macy's Strict Liability Photos 3 of 3
14. Neiman Marcus Strict Liability Photos 3 of 3
15. Ross Simmons Strict Liability Photos 2 of 2

These are some I the plaintiffs original Designs submitted to the copyright office and the defendants reconstructed designs.

1. Copyright Certification Registration Photos VAu 1-230-087   1 of 2 Pages
2. Copyright Certification Registration Photos VAu 1-176-368   1 of 2 pages
3. Copyright Case#1-4690049003 Gold Loop, Gold Star Nugget, Bead Bulb, Flower Finger Ear Liner 4 designs reconstructed by defendant's page 1 of 2, page 2 of 2 are 4 pictures of the original designs filed to copy right office.
4. Design#14 Copyright REG# VAu 1-230-087 1 Page 4 Pictures 1st photo is the original filed to copyright remaining photos are how defendants duplicated.
5. Design# 16 Circles filled with jewels Copyright REG#16 1 page 4 pictures filed 1st pic filed to copyright office.  The other 3 pics is how defendant's duplicated plaintiffs design.
6. Design#17 1 of 2 Gold bead ear liner without diamonds or jewels Copyright REG# VAu 1-230-087 1 page 1 photo filed to copyright office.
7. Design#17 Gold/silver bead ear Liners diamond filled ear liners. These are 4 picture and how defendants reconstructed I the plaintiff's disigns.

(Rev. 07/06)

9
# THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)
Case#
**Plaintiff: Christopher James Patterson**          **Pro Se**
**Criminal Intent**
**Copyright Registration# VAu 1-230-087, #VAu 1-176-368 and Case#1-4690049003.**

1. That listed defendants renamed I the plaintiffs ear liners to deprive I the plaintiff recognition for the new ear ring jewelry fashion and deprive I the plaintiff of the entrepreneur status I would have achieved for this ear ring jewelry invention and deprive I the plaintiff of my success.

2. That all listed defendants know of this copyright infringement concept because of their success and their affiliation in business and association with contract agreements. These defendants know they must have consent of an individual before they can utilize their work of arts.

3. That listed defendants did not have consent or try to contact I the plaintiff the owner for consent to duplicate or manufacture my designs into jewelry for sale. That defendants have made no attempt to compensate I the plaintiff or make a mend to this mischief. The defendants appear to have profited tremendously from their jewelry which is from I the plaintiffs designs and should be held responsible and liable for their actions.

4. I the plaintiff request that the court conduct an investigation on listed defendants, and other retailers who have violated my copyright. Also have my name valid as the legitimate ear ring designer of these new ear ring jewelry.

(Rev. 07/06)

10
# REQUEST FOR RELIEF
Plaintiff requests the following relief

Case#

**Plaintiff: Christopher James Patterson**                      Pro Se

**Willful Copyright Infringement/Strict Liability/Criminal Intent**

**Copyright Registration# VAu 1-230-087, #VAu 1-176-368 and Case#1-4690049003**

1. I the plaintiff request that the court conduct an investigation to find out who actually started this infringement. I the plaintiff will also request that a cease and desist order be issued to listed defendants and all the manufacturers and retailers who are infringing my designs.

2. I the plaintiff request that defendants 1-10 be demanded to pay I the plaintiff damages in the amount of 1,000,000.00.

3. I the plaintiff request that defendants 10-15 submit to the court their earnings from these jewelry designs and be required to pay I the plaintiff all or a portion of these earnings and be demanded to include I the plaintiff in this valuable new investment. Because of these listed defendants and other infringers there are many other infringers "retailers" duplicating and selling my designs as ear ring jewelry.

4. I the plaintiff because there are many others infringing of my designs ask the court to review these manufacturers and retailers and apply the same sanctions as requested for defendants listed according by status of individual or company business.

5. That also it is I the plaintiff's belief that these defendants have also intruded into my credit status. Since my jewelry design discovery, I the plaintiff have not been able to obtain appreciative credit loans for the past 5 years which made it impossible for me to invest in my designs. I believe it somehow associated with defendants attempt to stop me from creating my designs into jewelry.

Date: _19 May 2017_

Christopher James Patterson                           Pro Se
(Plaintiff's Original Signature)

8525 E. Hampden Avenue Apt#114
(Street Address)

Denver, Colorado 80231
(City, State, ZIP)

Home# 720 508-3517   Mobile# 720 579-1409
(Telephone Number)

(Rev. 07/06)