IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01227-GPG

CHRISTOPHER JAMES PATTERSON

    Plaintiff,

v.

PRINCE ROGERS NELSON, *et al.*,

    Defendants.

---

## ORDER OF DISMISSAL

---

On May 19, 2017, Plaintiff filed *pro se* a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2). The Court granted him leave to proceed *in forma pauperis* (ECF No. 5).

On review of the Complaint, the Court determined it was legally deficient and entered an Order Directing Plaintiff to File Amended Complaint on May 22, 2017 (ECF No. 6). In the Order, the Court correctly determined that the Complaint failed to comply with applicable law and stated with detail what Plaintiff needed to do to allege cognizable claims. (*See id.*). The Court provided him with thirty days from the date of the Order to comply. (*See id.*). The Court warned that the failure to timely file an Amended Complaint would result in the dismissal of this action without further notice. (*Id.*).

Plaintiff has not filed an Amended Complaint as directed, requested an extension of time to do so, or otherwise communicated with the Court. (*See* docket). Due to Plaintiff's failure to comply with the Order Directing Plaintiff to File Amended Complaint

(ECF No. 6), this action will be dismissed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the U.S. Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Complaint (ECF No. 1) and this action are DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Court's Order (ECF No. 6) and failure to prosecute.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   30th   day of    June   , 2017.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court