IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01227-LTB

CHRISTOPHER JAMES PATTERSON

    Plaintiff,

v.

PRINCE ROGERS NELSON, *et al.*,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 30, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 30 day of June, 2017.

                               FOR THE COURT,

                               JEFFREY P. COLWELL, Clerk

                               By: s/ A. Garcia Garcia
                               Deputy Clerk